170 A.3d 299

**SMITH, Chalmers**

v.

**STATE of Maryland**

**Pet. Docket No. 222, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Dismissed by the Court of Special Appeals (No. 2080, Sept.Term, 2016).

Petition for writ of certiorari denied

170 A.3d 299

**SMOOT, Larry Mitchell**

v.

**STATE of Maryland**

**Pet. Docket No. 221, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 737, Sept.Term, 2016).

Petition for writ of certiorari denied